9

**Poor Quality Original**

Jose Arnoldo Montiel
VS.
Diaz
Clerk - unknown - Cassapolis.
Poyhonen
Ernstes
Roman Kevin
Mike Bradley
Ontiang Michelle
Susscourt
Bailey
SCOKyzolcs
Behnke
Chris Hayward
unknown LT (2nd shift) Cassapolis Jail
Boyd Bond Street - Brian.
Mark Poyhonen.

Case: 2:26-cv-11925
Assigned To : White, Robert J.
Referral Judge: Patti, Anthony P.
Assign. Date : 6/9/2026
Description: PRIS JOSE ARNOLDO MONTIEL v. DIAZ ET AL (JB)

This is a civil action authorized by 42 USC section 1983 to redress the deprivation under color of the state law of rights secured by the constitution(s) as to the due process of law.

The above mentioned defendants are the wrongdoers to this complaint. They are all state employees of the official government, state employed ranging from county jailers to Dowagiac police, to the Niles, & Pawpaw state post.

Let the record show, that the law states no crime shall be unpunished un-heard, seen. No wrongdoing shall be immune to the knowing of corruption and the action of keep going with "wrong". As if disregarding the breaking the law rights to the constitution of those humane, even the animal is respected in the United's - with the animal cruelty law.

Defendants.

①. Defendant Diaz is a jail facility staff of Cassapolis. where he knowingly known and was part of the procedural due process violation to the court to equal protection clause. when he failed to address the illegal detaining to a false testimony statements of the Twp. officials mentioned as defendants above. Mr. Diaz contributed to the malice official misconduct 5th Const/9th Const/14th

②. Clerk unknown defendant of the Cassapolis.

This Clerk unknown violated my procedural due process of law by creating a fraudulent docket No# to a non existing complaint charge of "RNO" that the officials had on record stated(ing) that was part of a in the past incident. The Clerk fabricated & tampered with the justice system criminal

process, and falsefied Government State of Michigan Forms of the Courts. The Corruption could not transpire with those officials creating a Charge to maliciously deprive a Human of life & liberty, that the Clerk also communicated to the Corruption to tamper with the Justice system and break the law. In falsefying documents and continued the "INJUSTICE". By filing fabricated, falsified documents.

These actions created a Corruption & Conspiracy by the Defendants to deprive the plaintiff of Life and liberty. plaintiff has never had any RNO at the Cassapolis let alone any other County. plaintiff has no priors of RNO. 5th Const life & liberty 14th

Defendant Ruyhonen is a State trooper from the Van Buren paw paw post #51. Defendant Ruyhonen falsefied statement testimony sworn, falsefied a Complaint, Crime, incident Report # 053-4549-20 to not only create a Character Assasination, to maliciously harm the Constitution of plaintiff to be free from any harm and any deprivation of life a liberty. Which Defendant committed to conspire to sadistically harm plaintiff's life and being.

This official of the State of Michigan Government, abused his Job Description when he created accusations, and created contents, charges, and falsely submitted them on a State document to the Criminal Justice. This was done to mislead the Justice system and illegally detain, kidnap, imprison, degrade. And the only way Defendant could do that was with the help of those Defendants mentioned page 1 of , that led to Conspiracy, Corruption in the officials, Justice system. 5th Const of life & liberty - 9th Const. - 14th Const

Defendant Ernstes a D/Sgt is a State trooper from the Van Buren paw paw post #51 and open Record (RECORD) did give a testimony in way that day of Nov 19, 2020 plaintiff Mendel was bein dragged out of home and placed in cuffs, dragged to a vehicle and placed in a Cell. He D/Sgt Ernstes stated for other charges of RNO plaintiff Mendel, has no priors, never has ever had RNO on priors. D/Sgt admitted

Perjury on his testimony when he gave a sworn statement in why he had arrested plaintiff that nite. D/Sgt violated my due process of law when he failed to properly have a uniform Body worn Camera, stated not that nite, a other official had a Body Cam that nite that had recorded the conversation #20-7169 & #2020-7169 to the fabercated case file No# 2020-0000010323. Defendant created his statement with the help of other officials defendants in order to obtain illegal actions. that transpired to corruption bein that in order to proceed to #2 you need the #1 approval, and in doin so violated plaintiffs right to be free from Cruel and Unusual, 5th Const, 14th, 9th and deprived of life & liberty.

Defendant Roman Kevin is a Dowagiac PD of the Cassopolis Dowagiac station. incident Report #053-4549, case file to add a fabercated case file of 2020-0000010323 to the Cassopolis Dowagiac police department, when the mentioned fabercated case file 2020-0000010323 is to of been prosecuted charged, created and the Justice system of the Judge Mark Herman had before him. yet failed to address the deprivation of a proper Court proceeding, and knowingly went on with Roman Kevin abuse of official to protect and to serve. Mr. Roman conspired to maliciously corrupt a investigation Court proceeding, arrest etc. and yet chose to maliciously do harm to a member of society.

Mike Bradley Defendant. is a Jail facility key turner that co signed the whole detaining, arrest, jailed, imprisoned, and failed to stop the malice conduct of the officials. failed to do proper protocols and or to process the plaintiff. and knowingly incarcerated a innocent man (Security, monetary) violated my procedural due process, 6th Amendment, 14th life & liberty, 4th Amendment

Defendant - Outlaw Michelle - verified of said illegal arrest, corruption in the Cassopolis/Dowagiac P.D. when she Ms. Outlaw spoke of the incident case file of #053-4549. she knowingly knew of my illegal bein detained

and dragged in vehicle a police vehicle and illegaly Driven WITHOUT my will TO A facility where They placed me in a cell. The officer's Knowing of such wrongdoing. and The Deprivation of procedural Due process of law (Clause).

Defendant Susscdent is a Trooper of The VanBuren state police paw paw post #51 Incident Report occur states of Mr. Susscdent 51-4549-20 He stated the more details on Marvel's arrest by Trp. Poythones for R&D This statement, Testimony is divulge with A Affirmation of The Credibility of The Knowing of such R&D and verifies Plaintiff Marvel's Credibility and Corruption of These defendants. To Be True with This statement Testimony of Defendant Susscdent. And The verification of by mentioning The R&O. There is either one That was already in The system as Priors, or Mr. Defendant Poythonen created That nite. Either plaintiff fulfils his "Bad FAITH" proving of Corruption, and his Innocense. Defendant Susscdent violated my procedural Due process in a proper Complaint. To be able to Confront accusers. and Bond Hearing, arraignment.

Defendant. Jason Corley was also aware of The official misconduct when The defendant stated in testimony on Record That Mr. Marvel plaintiff was arrested for R&O for a different matter (incident) The Knowing of such malice creation of Charge is Just as wrong doing as The deed. Which tells more The Corruption within a Branch of Government employees To Hide and tamper with The Constitutionals and Law of The Justice system. of The plaintiff's Rights.

Defendant Skoczylas is a state Trooper Testimony statement Report #51-4549-20 stated of plaintiff illegal incarceration, Detained, placed in a cell, knowingly and He knew of plaintiff Marvel Being maliciously abused by The officials. and Malicious incarcerating violating my Const. Rights To Due process. without Having a Crime or Reason yet He Contributed To Trp Poythones fabercating and Breaking the law The report Number R&O of 51-4549-20 will show The FACTS of The Corruption.

And Maliciously Bein placed in a cell with no Evidence crime, other than Trumped-Corruption within a Group of Humanitic Beings that were Trusted to protect & to Serve and Ensure peoples Const. are Respected. and the Defendants affirmation to a Non Existing R&O charges whether for a separate charge as Accreted is a Testimony to a Non Existing, Fabricated, Creation of a Charge.

Defendant Mathew Behnke is a Dowagiac police SRGT (Badge #6030) at Dowagiac police department. He also affirmed a Statement Testimony of the other (officials) Defendants Named above that created a None Existing charge were plaintiff Had Been maliciously kidnapped from residence, illegally incarcerated, placed in a Jail with no sort of Evidence of any crime 'charge' yet Mr. Behnke affirmed of plaintiff Bein arrested for R&O in the past, yet plaintiff Had no sort of priors of such on his Record. once again the defendants of the official employments Have Conspired to Commit Corruption and fabricate and maliciously Tamper with the Judicial system. That deprived plaintiff of life and liberty #20-007109

Defendant Chris Hayward incident No: 20-007109 was also affirming the Accusation of a fabricated charge, crime of R&O.

Defendant Chris Hayward is a D/SGT from the Paw Paw State police Post #51. Also was one of the detective Sergeant that affirmed the alleged 2 R&O 'R&O' and advised the officials to Detain me after the Defendant Mark Pagthorn Had Been the one to Create R&O. Defendant Hayward Committed wrong doing by Not addressing the Non Existing Charge incident Report No: the charge. Since There was no such Priors of R&O. violated my Due process, 14th Amendment to be Free to life & liberty.

Defendant a lieutenant of 2nd shift of the Jail facility of Cassopolis. When illegally Detained, incarcerated illegally, forced in a cell, Rights and Const. Bein violated did Black mailed, forced DNA from plaintiff, threatened plaintiff of Harm if not giving DNA. The Nite of 06/02/20 of Nov 19, and knew of the fabricated R&O that all the

The other Defendants in their official capacity Committed Corruption within the Justice system and illegaly Detained kidnapped put in a cell and was forced to a Buccal swab. By the LT (unknown Name) during the 2020 9 Nov. when I was illegaly Deprived of my Rights and Court Amendment 14th Due process.

Defendant Brian 'Zero Bondsman' maliciously knew and knowingly Committed abuse within his Job Description when he had plaintiff sign a Document of Bond, so that I can be free from the Corruption and the 14th Amendment Being violated. He Zero Bondsman Brian' affirmed a false Existing Charge of R&D and knew that plaintiff was maliciously misrelated and unjustly Unjustified, detained, and put in a cell due to Neglegence of duty that transpired to Corruption of the defendant Being there position and the Need of all another in power on be able to fulfill the Neglegence of Duty.

Defendant Mark Poyhonen is a state police trooper from the Van Buren PawPaw post 51. The (official) Defendant that Created a False Charge, testimony, created a crime and Disregarded the plaintiffs Rights with the Court. With his Neglect of Duty that transpired to Corruption with the Need of other (officials) Defendants to be able to Proceed to the illegal Detained, to Fabercating a Charge, to the illegal prosecution, Representation, and how can that transpire but with the help of his Superiors Defendants to be able to fulfill the Malice wrong doing that is part of Due process of law, to the Justice system and the defendant had a Sworn testimony, statement that Defendant Poyhonen had the opportunity to Recall his Perjury, Fabercated, False statement, Actions to wrongdoing. On the Date of Nov of 2020 through 2023 yet Defendant Poyhonen chose to mislead the Justice system through lies, corruption, with holding, and the Fabercation of Complaint Felony that led Plaintiff to be maliciously Detained and kidnapped, and placed in a Cell at the Cassopolis Jail facility, through

and with Bad intentions, that no sort of Good faith can Be part of Defendants malice NEGLECT OF DUTY ! Defendant Poythress was the leader to this Accusations that Plaintiff must assert to the proper Court of Jurisdiction, to Be Promoted & asserts plaintiff's Rights were violated and the Court to Be free & liberty from those trying to do Harm. 14th, 6th. Due process Clause.

Plaintiff Request a preliminary Hearing to give a Hearing to Hear the Claims on Open Record of the Courts. to the authority of a Magistrate, District Hon Judge etc. A matter properly Before Judge.

Plaintiff Request of the Courts with Jurisdiction to appointment of Counsel so that plaintiff may be able to produce and obtain the Elements & Exhibits for such Complaint, Accusations, Deprivation of Plaintiff's Rights to Courts. pursuant to 28 USC §1915(e)(1)

Plaintiff Has no plain, adequate, or complete Remedy at Law to Redress the wrongs Described herein. Plaintiff Has Been and will continue to Be irreparably injured by the Conduct of the Defendants unless this Court Grants Relief plaintiff seeks.

Defendants:

Diaz - 1 million

Clerk unknown - Cassopolis - 1 million

Poythress - 2 million - To Be Relieved of Job Title and never Be able to work for the State of Michigan official and Government Job.

Ernstes - 1 million and to Be Removed from any official Job title permanate.

Roman Kevin - $500,000 And to Be Removed from any official Duty permanate.

Mike Bradley - $500,000 And to Be Removed from any official Duty permanate.

Ontian Michelle - 500,000 And to Be Removed from any official Duty permanate.

Sussdorf - $500,000 And to Be removed from any official Duty permanate.

Bailey - $500.000 And to Be Removed from any official Duty permanate.

Sckowlasky 500,000 And to Be removed from any official Duty permanate.

Behnke - $500,000 And to Be removed from any official Duty permanate.

Chris Hayward - 2 million And to Be removed from any and All official Duty permanate.

Unknown LT (2nd shift) Cassopolis Jail - 1 million & to Be removed from All official Duty permanate.

Born Bonds men - Brian - 3 million And to Not Be able to Conduct Bondsmen Duties.

Plaintiff Montiel Seeks Relief of Compensatory Damages as requested in at page 7 of 8 along with the Dismissal of Job Duties of the mentioned Job Duties in the officials Career.

The protect and Serve to the Justice system and the unfortunate Human Bein Has fallen Short from those mentioned Defendants The Justice System Has failed to Honor the law and instead Favored to the Corruption of the mentioned Defendants and Fallen Short to its Standard of Innocense to proven otherwise Here the Corruption Has shown the Prevailing, till plaintiff Has Had the opportunity of this Court with Jurisdiction to Have Plaintiff Have a proper Civil Court Complaint per law.

Respectfully,
Mr. Jose Arnoldo Montiel
6-3-2026

I Have read the forgoing complaint and hereby verify that the matters alleged therein are true. Except this testimony statement set forth, I certify under penalty of perjury that the foregoing are true and Correct.

Jose Arnoldo Montiel
Jose Arnoldo Montiel.
6-3-2026

Jose Arnoldo Munoz #321241
Cotton Correctional Facility (JCF)
3500 N. Elm Ave
Jackson Mich - 49201-

METROPLEX MI 480
5 JUN 2026 PM 8

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 49201 $ 001.03⁰
02 7W
0008038243 JUN 03 2026

RECEIVED
JUN 09 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

To: United States District Court
For The Eastern District of Michigan
231 West Lafayette Blvd room - 564
Detroit, Mich. - 48226 -

48226-271839